# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LINDA PEACOCK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-377-BH-C |
| ) | |
| BURNEY H. MERRILL, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on (Doc. 43) Defendants' Amended Answer. Pursuant to Fed.R.Civ.P. 15, outside of 20 days after filing the original answer, Defendants may only amend the answer by leave of court. Defendants have not yet petitioned the Court to file the Amended Answer (Doc. 43), therefore, it is **due to be and hereby STRICKEN**.

**So ORDERED**, this 2nd day of November, 2005.

                                                        s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE