# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LINDA PEACOCK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BURNEY H. MERRILL, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>05-0377-BH-C |

## ORDER

This action is before the Court on a motion for summary judgment (Doc. 394) filed by Floragon Holding Company, Inc., Floragon Forest Products, Inc. f/k/a FFP, Inc., Floragon Forest Products Molalla, Inc. f/k/a FFPM, Inc., Floragon Manufacturing, LLC, and Floragon Timber, LLC (collectively "Floragon") by which they again seek dismissal of this action for lack of personal jurisdiction. Upon consideration of the motion, plaintiff's response (Doc. 404) in opposition thereto, the Floragon defendants' reply (Doc. 407), and all other pertinent portions of the record, the Court concludes and it is therefore **ORDERED** that the motion for summary judgment is due to be and is hereby **DENIED.** The record is sufficient to support the exercise of personal jurisdiction over the Floragon defendants related to the matters in dispute in this litigation.

**DONE** this 1st day of November, 2007.

                                                                        s/ W. B. Hand
                                                   SENIOR DISTRICT JUDGE