**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| LINDA PEACOCK, | ) |
| Plaintiff, | ) |
| v. | )    CIVIL ACTION NO. 05-0377-KD-C |
| BURNEY H. MERRILL, et al. | ) |
| Defendants. | ) |

## ORDER

On March 1, 2010, Plaintiff Linda Peacock and Defendants Floragon Forest Products

Molalla, Inc., FFP, Inc., FFPM, Inc., Floragon Forest Products, Inc., Floragon Holding

Company, Inc., Floragon Manufacturing Company, Inc., and Floragon Timber, LLC

(collectively, "the Floragon Defendants") filed a joint stipulation of dismissal (doc. 688)

agreeing "to the dismissal of all remaining claims against the Floragon Defendants prejudice,

costs taxed as paid." Pursuant to that stipulation,[1] it is **ORDERED, ADJUDGED** and

**DECREED** that Plaintiff's claims against the Floragon Defendants be and hereby are

**DISMISSED** with prejudice.

DONE this 10th day of March, 2010.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1]Because this stipulation of dismissal is not signed by all parties who have appeared in this action, as required by Fed. R. Civ. P. 41(a)(1)(ii), it must be treated as a motion to dismiss. *See* Fed. R. Civ. P. 41(a)(2) (dismissal by court order necessary if requirements of voluntary dismissal are not met).