IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA PEACOCK, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 05-0377-CB-C |
| BURNEY H. MERRILL, et al. | ) |
| Defendants. | ) |

SPECIAL INTERROGATORIES AND VERDICT FORM

1. Are you reasonably satisfied from the evidence that Marion Uter had a 15% ownership interest (the 150 shares of stock at issue) in the Floragon companies in March 2002?

Yes _____

No ✓

*If you answered yes to question 1, go to question 2.*

*If you answered no to question 1, skip the remaining questions and sign and date this form.*

2. Are you reasonably satisfied from the evidence that Linda Peacock acquired Marion Uter's 15 % ownership interest (the 150 shares of stock at issue) in the Floragon companies in March 2002?

Yes _____

No _____

1

*If you answer no question 2, skip the remaining questions and sign and date this form.*

3. a. Are you reasonably satisfied from the evidence that Burney Merrill is liable for conversion of Peacock's 15% interest in the Floragon companies?

   Yes _____

   No _____

   b. Are you reasonably satisfied from the evidence that Collier Merrill is liable for conversion of Peacock's 15% interest in the Floragon companies?

   Yes _____

   No _____

   c. Are you reasonably satisfied from the evidence that Willis Merrill is liable for conversion of Peacock's 15% interest in the Floragon companies?

   Yes _____

   No _____

4. a. Are you reasonably satisfied from the evidence that Burney Merrill is liable for conspiracy to convert Peacock's 15% interest in the Floragon companies?

   Yes _____

   No _____

   b. Are you reasonably satisfied from the evidence

that Collier Merrill is liable for conspiracy to convert Peacock's 15% interest in the Floragon companies?

Yes _____

No _____

c. Are you reasonably satisfied from the evidence that Willis Merrill is liable for conspiracy to convert Peacock's 15% interest in the Floragon companies?

Yes _____

No _____

*If you answered yes to any part of questions 3 or 4, then answer question 5. If not, skip question 5 and go to question 6.*

5. a. What was the date of the conversion?

   _____

   b. What was the greatest value of the 15% interest of FFP, Inc., FFPM, Inc. and Floragon Holding Co., Inc. from the date of the conversion to trial?

   _____

   c. If you are reasonably satisfied from the evidence that Peacock suffered mental anguish, what amount of damages do you award for mental anguish?

   _____

   d. If you find by clear and convincing evidence that punitive damages should be awarded, what amount of punitive damages do you award?

   _____

6. a. Are you reasonably satisfied from the evidence that Burney Merrill is liable for money had and received?

Yes _____

No _____

b. Are you reasonably satisfied from the evidence that Collier Merrill is liable for money had and received?

Yes _____

No _____

c. Are you reasonably satisfied from the evidence that Willis Merrill is liable for money had and received?

Yes _____

No _____

*If you answered yes to any part of question 6, then answer question 7. If not, skip question 7 and sign and date this form.*

7. a. What is the amount of money did the Merrills receive that rightfully belongs to Peacock? (Please specify the amount.)

_____

b. What is the date and/or dates that the money

4

was received by the Merrills should have been turned over to Peacock?

| Date/Dates | Amount/Amounts |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

SO SAY WE ALL.

_Rachel Pehm_
FOREPERSON

DATED: 3/10/10

FILED IN OPEN COURT THIS 10th
DAY OF MARCH, 2010.
CHARLES R. DIARD, JR., CLERK

By: _Melanie Aycox_
Deputy Clerk

5